**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States,  Plaintiff,  vs.  Abraham Gutierrez,  Defendant. | CR 03-460 RSWL  ORDER **DENYING** DEFENDANT ABRAHAM GUTIERREZ'S MOTION FOR REDUCTION OF SENTENCE |

On December 11, 2008, Defendant Abraham Gutierrez's Motion for Reduction of Sentence was received by this Court. Plaintiff, United States of America, through its counsel of record, Assistant United States Attorney Michael Terrell, submitted its Position on January 7, 2009. Having taken the matter under submission, and having reviewed all papers submitted pertaining to this motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Defendant's Motion for Reduction of Sentence

1

pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.  Under U.S. Sentencing Guidelines Manual § 1B1.10(a)(2)(B), this Court lacks the authority to reduce Defendant's sentence under 18 U.S.C. § 3582(c)(2).  Amendment 706 to the United States Sentencing Guidelines does not apply to Defendant's sentence because it has no effect on the offense level applicable to the amount of cocaine base Defendant was convicted for conspiracy to distribute. Defendant was convicted of distributing 4.9 kilograms of cocaine base, which still qualifies as a level 38 offense under the amended Guidelines.

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: February 11, 2009