O

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | ) | CR 03-460 RSWL |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER RE: Defendant Abraham Ferrel Gutierrez's Motion for Modification of an Imposed Sentence Pursuant to 18 U.S.C. § 3582(c)(2)** |
| v. | ) ) | |
| Abraham Ferrel Gutierrez | ) ) ) | |
| Defendant. | ) ) ) | |

The Court is in receipt of Defendant Abraham Ferrel Gutierrez's ("Defendant") Motion for Modification of an Imposed Sentence Pursuant to 18 U.S.C. § 3582(c)(2), filed on January 11, 20112. Defendant asserts that his sentence should be reduced so as to be consistent with new sentencing guidelines for crack cocaine offenses.

The Court sets a briefing schedule regarding this Motion and hereby orders the Government to submit its Opposition to the Court regarding Defendant's Motion no

///

1

later than March 17, 2012. Any Reply brief must be filed with the Court no later than May 17, 2012.

**IT IS SO ORDERED.**

DATED: January 18, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge